## MARINA LUSSIER *v.* PHILIP LUSSIER

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 924 (AC 16759), is denied.

*Vito A. Castignoli,* in support of the petition.

*Diana L. Mercer,* in opposition.

Decided March 17, 1998

## STEVEN B. KULMAC *v.* COMMISSIONER OF CORRECTION

The petitioner Steven B. Kulmac's petition for certification for appeal from the Appellate Court, 47 Conn. App. 935 (AC 16805), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Raymond J. Rigat,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided March 17, 1998

## BANK OF BOSTON CONNECTICUT *v.* JOSEPH A. MONIZ ET AL.

The petition by the defendants Joseph A. Moniz and Julie A. Moniz for certification for appeal from the Appellate Court, 47 Conn. App. 234 (AC 16792), is granted, limited to the following issues:

"1. Did the Appellate Court properly decline to address the defendants' challenge to the plaintiff's use of an affidavit of debt to establish the amount due?